## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## NORTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

                                      Case No. 23-Cr-20676

D-3 ADAM BALL,

                                      Hon. Thomas L. Ludington

      Defendant,

_____/

### DEFENDANT'S MOTION TO ADOPT/JOIN MOTION

Now Comes Defendant Adam Ball, by and through Counsel, Mark A. Satawa of the Law Office of Satawa Law, PLLC, and moves this Honorable Court to join in the following Motions made by his Co-Defendant Jeffrey Bartlett: *Motion To Dismiss Or, Alternatively, Preclude Admission Of Evidence And Argument Regarding "Common Control"* (ECF #189).

**WHEREFORE**, Defendant Adam Ball files this Joinder to the Motion and requested relief.

Respectfully submitted,

*/s/ Mark A. Satawa*

MARK A. SATAWA
Attorney for Defendant
26777 Central Park Boulevard, #300
Southfield, MI 48076
(248) 356-8320


DATED: March 31, 2025