UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                      Case No. 23-20676

     v.                              HON. THOMAS L. LUDINGTON

D-1 JEFFREY BARTLETT,
D-2 ANDREW SEMENCHUK,
D-3 ADAM BALL,
D-4 BRIAN BARTLETT, and
D-5 ANTHONY THELEN,

        Defendant.
_____/

**STIPULATION TO FURTHER EXTEND TIME FOR
GOVERNMENT TO REPLY TO DEFENDANTS' JOINT RESPONSE
TO MOTION IN LIMINE REGARDING TESTIMONY BY SPOUSES
AND DOMESTIC PARTNER OF THE DEFENDANTS**

On May 29, 2025, Defendants filed their joint response to the government's Motion in Limine Regarding Testimony by Spouses and a Domestic Partner of the Defendants (the "Motion") [ECF No. 229]. On June 19, 2025, Defendant Jeffrey Bartlett filed an Errata regarding the joint response [ECF No. 239]. The United States has requested and counsel for defendants have agreed and stipulated to an extension of time for the Government to file its reply to the joint response.

The parties therefore stipulate that the Government may file its reply to the joint response on or before Thursday, July 3, 2025.

**IT IS SO STIPULATED.**

*/s/ T. Patrick Martin*
T. Patrick Martin (P86940)
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, Michigan 48226
(313) 226-9168
Thomas.Martin@usdoj.gov

*/s/ Mark A. Satawa (w/ consent)*
Mark A. Satawa (P47021)
Attorney for Defendant Adam Ball
26777 Central Park Blvd, Suite 300
Southfield, MI 48076
(248) 356-8320
mark@satawalaw.com

*/s/ Mark Kriger (w/ consent)*
Mark Kriger
Attorney for Brian Bartlett
LeRene & Kriger, PLC
2400 Guardian Building
500 Griswold Street
Detroit, Michigan 48226
(313) 697-0100
mkriger@sbcglobal.net

*/s/ James Amberg (w/ consent)*
James Amberg
Attorney for Brian Bartlett
Amberg and Amberg
32121 Woodward Ave., Ste. PH
Royal Oak, MI 48073
(248) 681-6255
jamberg@amberglaw.net

*/s/ Joshua Blanchard (w/ consent)*
Joshua Blanchard
Attorney for Jeffrey Bartlett
Blanchard Law
309 S Lafayette St., Ste 208
PO Box 938
Greenville, Michigan 48838
(616) 773-2945
josh@blanchard.law

*/s/ Daniel Gerdts (w/ consent)*
Daniel L. Gerdts
Attorney for Andrew Semenchuk
331 Second Avenue South, Ste. 705
Minneapolis, MN 55401
(612) 800-5086
daniel@danielgerdtslaw.com

*/s/ Charles E. Chamberlain, Jr. (w/ consent)*
Attorney for Anthony Thelen
Charles E. Chamberlain, Jr.
Willey & Chamberlain
300 Ottawa Avenue, N.W., Ste. 810
Grand Rapids, MI 49503
(616) 458-2212
cec@willeychamberlain.com

**IT IS SO ORDERED.**

    Dated: July 7, 2025　　　　　　　　　　s/Thomas L. Ludington
　　　　　　　　　　　　　　　　　　　　THOMAS L. LUDINGTON
　　　　　　　　　　　　　　　　　　　　United States District

3