UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 23-CR-20676-02 |
| *Plaintiff,* | Thomas L. Ludington<br>United States District Judge |
| v. | |
| ANDREW SEMENCHUK | Kimberly Altman<br>United States Magistrate Judge |
| *Defendant.* | |
| _____/ | |

## CONSENT TO ENTER GUILTY PLEA
## <u>BEFORE A UNITED STATES MAGISTRATE JUDGE</u>

The Defendant voluntarily consents to permit United States Magistrate Judge Altman to conduct a plea hearing according to the procedures outlined in Rule 11 of the Federal Rules of Criminal Procedure. The Defendant understands that if the plea of guilty is accepted by United States District Judge Ludington, Judge Ludington will decide whether to accept or reject any Rule 11 plea agreement and will adjudicate guilt and impose sentence.

_____          Date: 7-15-25
Defendant

_____          Date: 17 July 2025
Defense Counsel

_____          Date: July 17, 2025
Karen L. Reynolds
Assistant U.S. Attorney