UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

United States of America,

        Plaintiff,

v.

Andrew Semenchuk (D-2).

        Defendant.

Case No. 23-cr-20676

Hon. Thomas L. Ludington
United States District Judge

---

**Stipulation and Order
Permitting Defendant Semenchuk to Surrender
Voluntarily at his Designated Bureau of Prisons Institution**

---

      The United States and Defendant Andrew Semenchuk hereby stipulate to an Order authorizing Defendant Semenchuk to surrender for service of his sentence at the institution designated by the Bureau of Prisons on a date after January 1, 2026, as notified by his Probation of Pretrial Services officer.

      The Court's Amended Judgment in this matter specified that Mr. Semenchuk was to surrender to the United States Marshal in this district. This stipulation and order modifies that directive, permitting him to surrender at the place designated by the BOP for service of the sentence. He will be notified of the place, date, and time of surrender by his Probation or Pretrial Services officer.

1

Dated: 25 November 2025

| | |
|---|---|
| s/ Karen L. Reynolds (with Consent) | s/ Daniel L. Gerdts |
| Assistant United States Attorney | 331 Second Avenue South, Suite 705 |
| 211 W. Fort St., Suite 2001 | Minneapolis, MN 55401 |
| Detroit, MI 48226 | 612-800-5086 |
| 313-226-900 | daniel@danielgerdtslaw.com |
| karen.reynolds@usdoj.gov | |

**IT IS SO ORDERED.**

Dated: December 2, 2025                                      s/Thomas L. Ludington
                                                                                  THOMAS L. LUDINGTON
                                                                                  United States District Judge

2